

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00116-CR

Giovani Aveleno **KITTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 8938
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: April 15, 2026

DISMISSED

Appellant, Giovani Aveleno Kitts, has filed a motion to dismiss his appeal. *See* Tex. R. App. 42.2(a). The motion is signed by Kitts and his counsel and otherwise complies with Rule 42.2. Accordingly, we grant the motion and dismiss this appeal.

PER CURIAM

DO NOT PUBLISH